UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW ROSS, et al.,

    Plaintiffs,

    v.

ECOLAB INC.,

    Defendant.

Case No. 13-cv-5097-PJH

**ORDER RE JOINT REPORT**

The court has received the parties' joint report regarding mediation and their request to vacate the March 2, 2016 hearing on defendant's motion for interlocutory appeal. The request is granted, and the hearing is VACATED.

The parties further represent that a settlement agreement will be finalized in the next few weeks, and that a motion for preliminary settlement approval will be filed soon thereafter. The court sets a status conference for **April 21, 2016** at 2:00 p.m. If a preliminary approval motion has been filed by that date, the parties may request that the status conference be vacated. However, if no motion has yet been filed, the parties are directed to appear at the status conference and provide an update regarding the case.

**IT IS SO ORDERED.**

Dated: February 17, 2016

PHYLLIS J. HAMILTON
United States District Judge