1  Daniel J. Palay, SBN 159348
   Brian D. Hefelfinger, SBN 253054
2  Michael A. Strauss, SBN 246718
   **STRAUSS & PALAY, APC**
3  121 N. Fir St., Suite F
   Ventura, CA  93001
4  Telephone:  (805) 641-6600
   Facsimile:   (805) 641-6607
5
   -and-
6
   Alejandro P. Gutierrez, SBN 107688
7  **LAW OFFICES OF HATHAWAY, PERRETT, WEBSTER,**
   **POWERS, CHRISMAN & GUTIERREZ, A Professional Corporation**
8  200 Hathaway Building
   5450 Telegraph Road
9  Post Office Box 3577
   Ventura, CA  93006-3577
10 Telephone: (805) 644-7111
   Facsimile:  (805) 644-8296
11
   Attorneys for Plaintiffs and the Certified Class
12
   [Additional counsel listed on next page]
13
                      UNITED STATES DISTRICT COURT
14
                     NORTHERN DISTRICT OF CALIFORNIA
15

16 | MATHEW ROSS, an individual; for himself      ) | CASE NO:    C 13-05097 PJH
17 | and those similarly situated; ROBERT MAGEE   ) |
   | an individual; for himself and those similarly ) | (Removed from San Francisco Superior Court
   | situated and ROES 1 through 30,000 and the   ) | Case No. CGC-09-495344)
18 | proposed class,                              ) |
   |                                              ) | *Assigned to:  Hon. Phyllis J. Hamilton*
19 |                Plaintiffs,                   ) |
   |                                              ) | **CLASS ACTION**
20 |      vs.                                     ) |
   |                                              ) |
21 | ECOLAB, INC., a Delaware Corporation; and    ) | **JOINT REQUEST TO VACATE APRIL**
   | DOES 1 through 100, inclusive,               ) | **21, 2016 STATUS CONFERENCE**
22 |                                              ) | **AND ORDER**
   |                Defendants.                   ) |
23

26  / / /

---

1

**Joint Request To Vacate Status Conference**

| | |
|---|---|
| 1 | JODY A. LANDRY (SBN 125743)<br>jlandry@littler.com |
| 2 | LITTLER MENDELSON PC<br>501 W Broadway #900 |
| 3 | San Diego, CA 92101-3577<br>Telephone:    (619) 232-0441 |
| 4 | Facsimile:    (619) 232-4302 |
| 5 | JOHN A. YBARRA, Pro Hac Vice<br>jybarra@littler.com |
| 6 | LITTLER MENDELSON, P.C.<br>321 North Clark Street, Ste. 1000 |
| 7 | Chicago, IL 60654<br>Telephone:    (312) 372-5520 |
| 8 | Facsimile:    (312) 372-7880 |
| 9 | Attorneys for Defendant |
| 10 | ECOLAB INC. |

On February 17, 2016 the Court issued an Order Re Joint Report ("Order") setting a Status Conference on April 21, 2016. (Doc. No. 127). Said Order specifically provides that if a motion for preliminary approval of a settlement was filed before that date that "the parties may request that the status conference be vacated." (*Id.*)  On April 6, 2016 Plaintiffs filed an Unopposed Motion For Preliminary Approval Of Class Action Settlement. (Doc. No. 130). The hearing on that motion is set for May 11, 2016. (*Id.*).

In light of the filing of the motion to approve the settlement Plaintiffs Mathew Ross and Robert Magee and Defendant Ecolab Inc. hereby request that the Court vacate the April 21, 2016 Status Conference in this matter.

Dated: April 14, 2016

STRAUSS & PALAY,
A Professional Corporation

By: _____s/ Brian D. Hefelfinger_____
BRIAN D. HEFELFINGER
Attorneys for Plaintiffs and the Certified Class

Dated: April 14, 2016

LITTLER MENDELSON, P.C.

By: _____s/ Jody A. Landry_____
JODY A. LANDRY
Attorneys for Defendant Ecolab Inc.

4/15/16

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Brian D. Hefelfinger, counsel for Plaintiffs and that I have obtained Mr. Hefelfinger's authorization to affix his electronic signature to this document.

Dated: April 14, 2016                       s/ Jody A. Landry
                                            JODY A. LANDRY

Firmwide:139945437.1 057118.1056