# Exhibit A

**From:** Millechek, Colleen [mailto:Colleen.Millechek@ecolab.com] **On Behalf Of** Scarsella, Dave
**Sent:** Monday, April 11, 2016 4:31 PM
**Subject:** California Institutional RSM & PureForce SSRM Update
**Importance:** High

April 11, 2016

TO ALL ECOLAB INSTITUTIONAL ROUTE SALES MANAGERS AND PUREFORCE SALES SERVICE ROUTE MANAGERS IN CALIFORNIA

Ecolab reached a tentative settlement in a California court case regarding how a limited class of Institutional Route Sales Managers (RSMs) and Pureforce Sales and Service Route Managers (SSRMs) have been paid in California. Historically, we have compensated California-based associates on a salary-plus-commission-plus bonus basis, which is consistent with the compensation model for our associates in other states. This compensation plan was designed to reward our RSMs and SSRMs for their efficiency and sales accomplishments, and to enable greater flexibility and independence. We believed this was appropriate in California, and consistent with California state law.

However, a California federal court judge recently ruled, that RSMs and SSRMs in California who are in the class are overtime eligible, under California state law. We reviewed the judge's decision carefully and continue to believe that we correctly followed the law in how we paid our associates in California. However, we decided not to appeal the judge's ruling, so that we could continue focusing on serving our customers and associates, and invest in our business, rather than spend time and money to continue litigation.

Under the terms of the agreement, which still needs to be approved by a court, we have denied any wrongdoing or legal violation with regard to paying our California RSMs and SSRMs on a salary-plus-commission basis. We have decided, however, to change our compensation model so that Institutional RSMs and Pureforce SSRMs in California will be eligible for overtime. This means that RSMs and SSRMs will need to be converted from salaried-plus-commission-plus-bonus to hourly employees. These changes to the compensation model in California will require changes to how the work day is managed for our

California-based RSMs and SSRMs, and include a requirement that they track the beginning and ending of each work period and all of their hours worked on a daily basis. We are working diligently to develop the new compensation plan (different from our current salary-plus-commission-plus-bonus plan) and we will provide you with further details as they become available. In the coming months, we will circulate new policies and work rules to our associates in California. We also will schedule training sessions for all RSMs and SSRMs and managers to ensure that our new policies and work rules are understood and followed.

This court decision is based on California state law, and the revised compensation model will only apply to California RSMs and SSRMs. The compensation model will not change for our associates outside of California, who will continue to be compensated on a salary-plus-commission-plus-bonus basis which rewards performance. A federal court judge in another state recently approved our current compensation model for RSMs and SSRMs.

Our associates are critical to the success of our business and the success of our customers. As we work to implement these new work rules and policies, we ask that you continue to focus on delivering the exceptional service our customers expect from Ecolab.

Please direct questions to your District Manager or Area Manager, they will consult with Legal and Human Resources as necessary. Thank you for your continued commitment to our customers and our team.

Sincerely,


Dave Scarsella
Sr. Vice President, Institutional Field Sales


CONFIDENTIALITY NOTICE: This e-mail communication and any attachments may contain proprietary and privileged information for the use of the designated recipients named above. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.