# Exhibit E

# SALARY TABLE 2015-SF
## INCORPORATING THE 1% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 35.15%
## FOR THE LOCALITY PAY AREA OF SAN JOSE-SAN FRANCISCO-OAKLAND, CA
## TOTAL INCREASE: 1%
## EFFECTIVE JANUARY 2015

*Hourly Basic (B) Rates by Grade and Step*
*Hourly Overtime (O) Rates by Grade and Step*

| Grade | B/O | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | $ 11.76 | $ 12.15 | $ 12.54 | $ 12.93 | $ 13.33 | $ 13.55 | $ 13.94 | $ 14.33 | $ 14.35 | $ 14.71 |
|   | O | 17.64 | 18.23 | 18.81 | 19.40 | 20.00 | 20.33 | 20.91 | 21.50 | 21.53 | 22.07 |
| 2 | B | 13.22 | 13.54 | 13.98 | 14.35 | 14.51 | 14.93 | 15.36 | 15.79 | 16.21 | 16.64 |
|   | O | 19.83 | 20.31 | 20.97 | 21.53 | 21.77 | 22.40 | 23.04 | 23.69 | 24.32 | 24.96 |
| 3 | B | 14.43 | 14.91 | 15.39 | 15.87 | 16.35 | 16.83 | 17.31 | 17.80 | 18.28 | 18.76 |
|   | O | 21.65 | 22.37 | 23.09 | 23.81 | 24.53 | 25.25 | 25.97 | 26.70 | 27.42 | 28.14 |
| 4 | B | 16.20 | 16.74 | 17.28 | 17.82 | 18.36 | 18.90 | 19.44 | 19.98 | 20.52 | 21.06 |
|   | O | 24.30 | 25.11 | 25.92 | 26.73 | 27.54 | 28.35 | 29.16 | 29.97 | 30.78 | 31.59 |
| 5 | B | 18.12 | 18.72 | 19.33 | 19.93 | 20.54 | 21.14 | 21.75 | 22.35 | 22.95 | 23.56 |
|   | O | 27.18 | 28.08 | 29.00 | 29.90 | 30.81 | 31.71 | 32.63 | 33.53 | 34.43 | 35.34 |
| 6 | B | 20.20 | 20.87 | 21.55 | 22.22 | 22.89 | 23.57 | 24.24 | 24.91 | 25.59 | 26.26 |
|   | O | 30.30 | 31.31 | 32.33 | 33.33 | 34.34 | 35.36 | 36.36 | 37.37 | 38.39 | 39.39 |
| 7 | B | 22.45 | 23.19 | 23.94 | 24.69 | 25.44 | 26.19 | 26.93 | 27.68 | 28.43 | 29.18 |
|   | O | 33.68 | 34.79 | 35.91 | 37.04 | 38.16 | 39.29 | 40.40 | 41.52 | 42.65 | 43.77 |
| 8 | B | 24.86 | 25.69 | 26.52 | 27.35 | 28.17 | 29.00 | 29.83 | 30.66 | 31.49 | 32.32 |
|   | O | 37.29 | 38.54 | 39.78 | 41.03 | 42.26 | 43.50 | 44.75 | 45.36 | 45.36 | 45.36 |
| 9 | B | 27.46 | 28.37 | 29.29 | 30.20 | 31.12 | 32.03 | 32.95 | 33.86 | 34.78 | 35.69 |
|   | O | 41.19 | 42.56 | 43.94 | 45.30 | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 |
| 10 | B | 30.24 | 31.24 | 32.25 | 33.26 | 34.27 | 35.27 | 36.28 | 37.29 | 38.30 | 39.30 |
|    | O | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 |
| 11 | B | 33.22 | 34.33 | 35.43 | 36.54 | 37.65 | 38.76 | 39.86 | 40.97 | 42.08 | 43.19 |
|    | O | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 |
| 12 | B | 39.82 | 41.14 | 42.47 | 43.80 | 45.13 | 46.45 | 47.78 | 49.11 | 50.44 | 51.77 |
|    | O | 45.36 | 45.36 | 45.36 | 45.36 | 45.36 | 46.45 | 47.78 | 49.11 | 50.44 | 51.77 |
| 13 | B | 47.35 | 48.93 | 50.50 | 52.08 | 53.66 | 55.24 | 56.82 | 58.39 | 59.97 | 61.55 |
|    | O | 47.35 | 48.93 | 50.50 | 52.08 | 53.66 | 55.24 | 56.82 | 58.39 | 59.97 | 61.55 |
| 14 | B | 55.95 | 57.82 | 59.68 | 61.55 | 63.41 | 65.28 | 67.14 | 69.01 | 70.87 | 72.74 |
|    | O | 55.95 | 57.82 | 59.68 | 61.55 | 63.41 | 65.28 | 67.14 | 69.01 | 70.87 | 72.74 |
| 15 | B | 65.81 | 68.01 | 70.20 | 72.40 | 74.59 | 76.04 | 76.04 | 76.04 | 76.04 | 76.04 |
|    | O | 65.81 | 68.01 | 70.20 | 72.40 | 74.59 | 76.04 | 76.04 | 76.04 | 76.04 | 76.04 |

\* Rate limited to the rate for level IV of the Executive Schedule (5 U.S.C. 5304 (g)(1)).

Applicable locations are shown on the 2015 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2015/locality-pay-area-definitions/